```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15934
  VICTOR MENDEZ
  ANNABEL MENDEZ                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-3509    SSN XXX-XX-0975


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/31/07 and confirmed on 11/28/07.

   2.  The case was dismissed after confirmation, 08/29/2008.

   3.  The Debtor paid a total of $   8850.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 26147.98 | .00 | 1450.05 |
| REAL TIME RESOLUTIONS | SECURED | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | MORTGAGE ARRE | 7250.63 | .00 | 402.08 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 4766.74 | 68.56 | 4766.74 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 654.97 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1610.21 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1588.13 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2150.28 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2238.86 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 928.94 | .00 | .00 |
| B REAL LLC | UNSECURED | 1153.07 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 1745.05 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 780.34 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3422.71 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9068.54 | .00 | .00 |
| CREDITORS PROTECTION SER | UNSECURED | 284.29 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVC | UNSECURED | 374.60 | .00 | .00 |

```
MRSI                            UNSECURED      140.87         .00         .00
NICOR GAS                       UNSECURED      349.12         .00         .00
SEARS BKRUPTCY RCVRY MGM        UNSECURED    NOT FILED        .00         .00
SHELL OIL CO                    UNSECURED    NOT FILED        .00         .00
STATE COLLECTION SERVICE        UNSECURED    NOT FILED        .00         .00
TARGET NATIONAL BANK            UNSECURED     3340.91         .00         .00
WORLD FINANCIAL NETWORK         UNSECURED     2095.36         .00         .00
CAPITAL ONE BANK                UNSECURED    NOT FILED        .00         .00
RESURGENT CAPITAL SERVIC        UNSECURED     1041.97         .00         .00
ECAST SETTLEMENT CORPORA        UNSECURED     8174.95         .00         .00
ECAST SETTLEMENT CORPORA        UNSECURED     2426.47         .00         .00
WORLD FINANCIAL NETWORK         UNSECURED      323.88         .00         .00
WORLD FINANCIAL NETWORK         UNSECURED     1048.48         .00         .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 38165.35 | .00      | 44942.00  | .00   | 83107.35 |
| PRINCIPAL PAID     | 6618.87  | .00      | .00       | .00   | 6618.87  |
| INTEREST PAID      | 68.56    | .00      | .00       | .00   | 68.56    |
| TOTAL PAID         | 6687.43  | .00      | .00       | .00   | 6687.43  |

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $  3000.00 and was paid $  1274.02  direct and $  1725.98  through the plan.

The Trustee received $   436.59 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                         PAGE   2
       CASE NO. 07 B 15934 VICTOR MENDEZ & ANNABEL MENDEZ